Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, California 90245
Telephone: 310-640-1200
Facsimile: 310-640-0200
Email: jrund@srlawyers.com

# UNITED STATES BANKRUPTCY COURT
CENTRAL **DISTRICT OF** CALIFORNIA
RIVERSIDE **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SECTOR111, LLC | § | Case No. 6:16-bk-19532-WJ |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JASON M. RUND, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 508,237.58 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 30,000.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 68,263.50 | |

3) Total gross receipts of $ 98,263.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 98,263.50 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 509,237.58 | $ 221,930.00 | $ 221,930.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 99,103.59 | 68,263.50 | 68,263.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 69,477.66 | 69,477.66 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,026,679.67 | 780,062.09 | 810,062.09 | 30,000.00 |
| **TOTAL DISBURSEMENTS** | $ 1,535,917.25 | $ 1,170,573.34 | $ 1,169,733.25 | $ 98,263.50 |

4) This case was originally filed under chapter 11 on  10/27/2016 , and it was converted to chapter 7 on  01/26/2017 .  The case was pending for 42 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/10/2020                    By:/s/JASON M. RUND, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PATENTS AND TRADEMARKS | 1129-000 | 5,000.00 |
| FUNDS FROM WELLS FARGO BANK | 1229-000 | 20,946.79 |
| REFUND FUNDS FROM CAPITAL PREMIUM FINANCING INC | 1229-000 | 2,972.11 |
| LITIGATION CLAIMS - PRIOR TRUSTEE AND COUNSEL | 1249-000 | 67,500.00 |
| REFUND CHECK FROM FORUM CAPITAL, LLC | 1290-000 | 1,844.60 |
| TOTAL GROSS RECEIPTS | | $98,263.50 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FORUM CAPITAL, LLC | 4110-000 | 509,237.58 | 221,930.00 | 221,930.00 | 0.00 |
| 000003 | RIVERSIDE COUNTY TAX COLLECTOR | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | S. MAPLETON HOLDINGS, LLC | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 509,237.58 | $ 221,930.00 | $ 221,930.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JASON M. RUND | 2100-000 | NA | 8,163.18 | 8,163.18 | 8,163.18 |
| TRUSTEE EXPENSES:JASON M. RUND | 2200-000 | NA | 112.50 | 112.50 | 112.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 20.97 | 20.97 | 20.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 47.34 | 47.34 | 47.34 |
| ASSOCIATED BANK | 2600-000 | NA | 620.52 | 620.52 | 620.52 |
| FRANCHISE TAX BOARD | 2690-730 | NA | 3,787.11 | 3,787.11 | 3,787.11 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 975.00 | 975.00 | 975.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):LAW OFFICE OF THOMAS H. CASEY, INC. | 3210-000 | NA | 77,217.00 | 46,376.91 | 46,376.91 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):LAW OFFICE OF THOMAS H. CASEY, INC. | 3220-000 | NA | 3,206.07 | 3,206.07 | 3,206.07 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3410-000 | NA | 4,588.00 | 4,588.00 | 4,588.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3420-000 | NA | 365.90 | 365.90 | 365.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 99,103.59 | $ 68,263.50 | $ 68,263.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): LOBEL WEILAND GOLDEN FRIEDMAN LLP | 6210-000 | NA | 68,799.54 | 68,799.54 | 0.00 |
| CALIFORNIA DEPT OF TAX & FEE ADMIN | 6820-000 | NA | 678.12 | 678.12 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 69,477.66 | $ 69,477.66 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Department Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280-0001 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| | Riverside County Treasurer PO Box 12005 Riverside, CA 92502 | | 0.00 | NA | NA | 0.00 |
| | Securities Exchange Commision 5670 Wilshore Boulevard 11th Floor Los Angeles, CA 90036-5679 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | APB Property LLC<br>Attn: Anne H Benso<br>1626 Queens Rd West<br>Charlotte, NC 28207 | | 8,294.86 | NA | NA | 0.00 |
| | Alec Stefansky<br>1425 Pine Flat Rd<br>Santa Cruz, CA 95060 | | 28,562.00 | NA | NA | 0.00 |
| | Bowman Family Limited Partnership<br>Attn Authorized Agent<br>1043 Rolling Green Frive<br>Newton, NC 28658 | | 43,737.16 | NA | NA | 0.00 |
| | Cahrles A Saldarin<br>1531 Strawberry Mountain Drive<br>Roanoke, VA 24018 | | 8,747.43 | NA | NA | 0.00 |
| | Calvin T Wells<br>6500 Sharon Hills Rd<br>Chalotte, NC 28210 | | 16,589.71 | NA | NA | 0.00 |
| | Calvin T Wells (C T Wells Jr)<br>6500 Sharon Hills Rd<br>Chalotte, NC 28210 | | 6,560.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services (VISA) Attn: Authorized Agent PO Box 94014 Palatine, IL 60094-4014 | | 41,775.00 | NA | NA | 0.00 |
| | Cherokee Associates Limited Ptnshp Attn Authorized Agent 311 Cherokee Place Charlotte, NC 28207 | | 48,110.87 | NA | NA | 0.00 |
| | Commerce Bank of Temecula Valley 25220 Hancock Ave Suite 140 Murrieta, CA 92562 | | 0.00 | NA | NA | 0.00 |
| | David S Scicolone 15 Cassimia Place Charlotee, NC 28211 | | 4,373.72 | NA | NA | 0.00 |
| | Drakens Cars East LLC 842 State Route 12 Suite 22B Frenchtown, NJ 08825 | | 32,000.00 | NA | NA | 0.00 |
| | Elizabeth M Lloyd 1839 Cassimia Place Charlotte, NC 28211 | | 9,622.17 | NA | NA | 0.00 |
| | Eric & Mary Vogen PO Box 1750 Davidson, NC 28036 | | 2,186.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eric Lloyd 1839 Cassimia Place Charlotte, NC 28211 | | 9,622.17 | NA | NA | 0.00 |
| | FA Cash Jr 2343 Roswell Avenue Unit #3C Charlotte, NC 28207 | | 16,589.71 | NA | NA | 0.00 |
| | FA Cash Jr 2343 Roswell Avenue Unit #JC Charlotte, NC 28207-2762 | | 9,622.17 | NA | NA | 0.00 |
| | Gary RWolfe 2501 Sherwood Avenue Charlotte, NC 28207 | | 21,868.58 | NA | NA | 0.00 |
| | Hayden Harper Multi-Strategy Fund Attn: Authorized Agent 100 Morehead Square Drive, Suite 35 Charlotte, NC 28203 | | 65,605.74 | NA | NA | 0.00 |
| | Holms B Smoot 2009+ Hermitage Road Wilson, NC 27896 | | 4,811.09 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J Michael McGuire 1524 Queens Rd. West Charlotee, NC 28207 | | 9,622.17 | NA | NA | 0.00 |
| | Jack P Scott 246 Cottage Place Charlotte, NC 28207 | | 16,589.71 | NA | NA | 0.00 |
| | Jack P Scott 246 Cottage Place Charlotte, NC 28207 | | 9,622.17 | NA | NA | 0.00 |
| | James B Kelligrew 2743 Beretania Circle Charlotte, NC 28211 | | 26,242.29 | NA | NA | 0.00 |
| | James Jeffries 5010 Carmel Club Drive Charlotte, NC 28226 | | 13,121.15 | NA | NA | 0.00 |
| | John D Lewis 300 West 5th Street Unit 512 Charlotte, NC 28202 | | 10,934.29 | NA | NA | 0.00 |
| | Mac Lackey 4532 Sharon View Rd. Charlotte, NC 28226 | | 8,294.86 | NA | NA | 0.00 |
| | Mary Claudia Killian 1542 Queens Road West Charlotte, NC 28207 | | 3,848.87 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mary Gates Killian<br>1542 Queens Road West<br>Charlotte, NC 28207 | | 2,405.54 | NA | NA | 0.00 |
| | Pacific Three Holdings LLC<br>Attn: Authorized Agent<br>110 Geneva Walk<br>Long Beach, CA 90803 | | 6,560.57 | NA | NA | 0.00 |
| | Peter C Browning<br>2038 Providence Road | | 8,747.43 | NA | NA | 0.00 |
| | R David Sprinkle<br>3000 St Regis Road | | 21,868.58 | NA | NA | 0.00 |
| | RPPF Property LLC<br>Franklin<br>108 Beaufain St<br>Charleston, SC 29401 | | 8,294.86 | NA | NA | 0.00 |
| | Ray A Killian Ill<br>1542 Queens Road West<br>Charlotte, NC 28207 | | 2,405.54 | NA | NA | 0.00 |
| | Ray A Killian Jr<br>1542 Queens Road West<br>Charlotte, NC 28207 | | 19,244.35 | NA | NA | 0.00 |
| | Ray A Killian Jr<br>1542 Queens Road West<br>Charlotte, NC 28207 | | 16,589.71 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert L Bertram<br>1 Monument Square<br>Jamestown, KY 42629 | | 9,622.17 | NA | NA | 0.00 |
| | Robert P McKinney<br>3000 Brookmont Place<br>Charlotte, NC 28210 | | 8,747.43 | NA | NA | 0.00 |
| | Robert W Deaton<br>2619 Richardson Drive<br>Charlotte, NC 28211 | | 19,244.35 | NA | NA | 0.00 |
| | Ross Saldarinl<br>5022 Lady Fem Circle<br>Charlotte, NC 28211 | | 8,294.86 | NA | NA | 0.00 |
| | Sally Dominguez TTEE of<br>The Stacy M. Wilson<br>2006 Revocable Trust Agmt<br>5103 Osage Creek Rd | | 4,373.72 | NA | NA | 0.00 |
| | San Francisco Motorsports<br>1421 East Francisco Blvd<br>San Rafael, CA 94901 | | 50,000.00 | NA | NA | 0.00 |
| | Scott Cash<br>121 Myles Manor Ct<br>Franklin, TN 37064 | | 2,405.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shannon Wilson Jones Revocable Trust 1285 Riverside Walk Crossing Sugar Hill, GA 30518 | | 4,373.72 | NA | NA | 0.00 |
| | Steve Rimmer 22833 SE Black Nugget Rd Suite 110 Issaquah, WA 98029 | | 27,675.00 | NA | NA | 0.00 |
| | TMI Attn Authorized Agent 1201 Industrial Park Rd South Boston, VA 24592 | | 58,950.00 | NA | NA | 0.00 |
| | TMI Attn Authorized Agent 1201 Industrial Park Rd South Boston, VA 24592 | | 52,039.70 | NA | NA | 0.00 |
| | Thomas M Young and Suzy R Young PO Box 166 Lake Toxaway, NC 28747 | | 21,868.58 | NA | NA | 0.00 |
| | Trilogy Capital Partners LLC Attn: Authorized Agent 101 North Tryon Street Suite 1900 Charlotte, NC 28246 | | 34,989.73 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William M. Atkinson<br>5022 Gorham Drive<br>Charlotte, NC 28226 | | 14,433.26 | NA | NA | 0.00 |
| 000015 | BALBOA CAPITAL CORPORATIOIN | 7100-000 | NA | 6,393.27 | 6,393.27 | 0.00 |
| 000001 | BLACKHAWK TALON FUND II LP | 7100-000 | NA | 440,000.00 | 440,000.00 | 0.00 |
| 000002 | BLACKHAWK TALON FUND II LP | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| 000006 | FASTENAL COMPANY | 7100-000 | NA | 491.96 | 491.96 | 0.00 |
| 000004 | FEDEX CORPORATE SERVICES, INC. | 7100-000 | NA | 2,883.91 | 2,883.91 | 0.00 |
| 000012 | LIBERTY MUTUAL INSURANCE | 7100-000 | NA | 292.95 | 292.95 | 0.00 |
| 000007 | THOMAS M. BARNHARDT, III | 7100-000 | 16,589.71 | 100,000.00 | 100,000.00 | 0.00 |
| 000009 | TIMOTHY C. HOILES | 7100-000 | 130,000.00 | 130,000.00 | 130,000.00 | 0.00 |
| | TIMOTHY HOILES | 7100-000 | NA | 0.00 | 30,000.00 | 30,000.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 1,026,679.67** | **$ 780,062.09** | **$ 810,062.09** | **$ 30,000.00** |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON | |
| Case Name: | SECTOR111, LLC | |
| For Period Ending: | 03/31/21 | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/26/17 (c) |
| 341(a) Meeting Date: | 03/30/17 |
| Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PETTY CASH<br>ADDED BY INITIAL TRUSTEE:<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58 | 100.00 | 0.00 | | 0.00 | FA |
| 2. COMMERCE BANK OF TEMECULA VALLEY CHECKING ACCOUNT<br>ADDED BY INITIAL TRUSTEE:<br>1404572<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58 | 6,253.00 | 0.00 | | 0.00 | FA |
| 3. DEPOSIT PAID (12/11/15) FOR PHONE LEASE<br>ADDED BY INITIAL TRUSTEE:<br>BALBOA CAPITAL, PO BOX 15270, IRVINE, CA 92623<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58 | 303.58 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE - DRAKAN CARS EAST LLC<br>ADDED BY INITIAL TRUSTEE:<br>(DRAKAN CAR) ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58 | 32,000.00 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE - STEVE RIMMER (NOMAD CAR)<br>ADDED BY INITIAL TRUSTEE:<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58 | 62,775.00 | 0.00 | | 0.00 | FA |

FORM 1

Page:    2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON |
| Case Name: | SECTOR111, LLC |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/26/17 (c) |
| 341(a) Meeting Date: | 03/30/17 |
| Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. ACCOUNTS RECEIVABLE - SAN FRANCISCO MOTORSPORTS<br><br>   ADDED BY INITIAL TRUSTEE:<br>   (DRAKAN CAR)  ATTACHED TO UCC-1: CLAIM AMOUNT IS<br>   $197,000 - VALUE OF PROPERTY IS $509,237.58 | 25,000.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE - BOB PERTERSON (DRAKEN CAR)<br><br>   ADDED BY INITIAL TRUSTEE:<br>   ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE<br>   OF PROPERTY IS $509,237.58 | 25,600.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE - ALEC STEFANSKY (NOMAD CAR)<br><br>   ADDED BY INITIAL TRUSTEE:<br>   ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE<br>   OF PROPERTY IS $509,237.58 | 57,146.00 | 0.00 | | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE MISC. ON-LINE SALES<br><br>   ADDED BY INITIAL TRUSTEE:<br>   ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE<br>   OF PROPERTY IS $509,237.58 | 2,192.00 | 0.00 | | 0.00 | FA |
| 10. INVENTORY - RAW MATERIALS<br><br>   ADDED BY INITIAL TRUSTEE:<br>   DRAKAN PARTS/MATERIALS<br>   ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF<br>   PROPERTY IS $509,237.58 | 13,285.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

Ver: 22.02d

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/30/17 |
| | | Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 11. INVENTORY - WORK IN PROGRESS<br>ADDED BY INITIAL TRUSTEE:<br>DRAKAN VEHICLE (TIMOTHY HOILES)<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE<br>OF PROPERTY IS $509,237.58 | 100,000.00 | 0.00 | | 0.00 | FA |
| 12. INVENTORY - CAR PARTS<br>ADDED BY INITIAL TRUSTEE:<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE<br>OF PROPERTY IS $509,237.58 | 140,583.00 | 0.00 | | 0.00 | FA |
| 13. OFFICE FURNITURE<br>ADDED BY INITIAL TRUSTEE:<br>DESKS, CHAIRS, SHELVING/CABINETS, FILING CABINETS,<br>TV/DVD, TABLE, WAREHOUSE SHELVES, FRIEDGE &<br>MICROWAVE, TOOLING, COMPUTERS, PRINTERS ETC.<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE<br>OF PROPERTY IS $509,237.58 | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. DRAKAN TEST MULE VEHICLE<br>ADDED BY INITIAL TRUSTEE:<br>(CURRENTLY TEST MULE HAS NO DRIVE TRAIN AND NOT IN<br>GOOD MECHANICAL CONDITION)<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE<br>OF PROPERTY IS $509,237.58 | 20,000.00 | 0.00 | | 0.00 | FA |
| 15. LOTUS TRACK - WHITE RASCAL VEHICLE | 18,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | SECTOR111, LLC | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/30/17 |
| | | Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| ADDED BY INITIAL TRUSTEE:<br>(SALVAGE TITLE LOTUS ELISE REBUILT FOR TRACK USE ONLY)<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58 | | | | | |
| 16. COMMERCIAL LEASE OF PROPERTY LOCATED AT<br>ADDED BY INITIAL TRUSTEE:<br>26661 PIERCE CIRCLE, MURRIETA, CA<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58.  4/10/17 RELIEF FROM STAY GRANTED TO FORUM CAPITAL, LLC.  NOT PROPERTY OF THE ESTATE... | 0.00 | 0.00 | | 0.00 | FA |
| 17. PATENTS AND TRADEMARKS<br>ADDED BY INITIAL TRUSTEE:<br>ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58<br><br>ADDED BY SUCCESSOR TRUSTEE:<br><br>THE DEBTOR WAS ISSUED PATENT NO.: US D756,846 S ON MAY 24, 2016. ADDITIONALLY, THE DEBTOR REGISTERED FIVE (5) TRADEMARKS, INCLUDING THREE RELATED TO DRAKAN AND DRAKAN SPYDER WHICH WERE REGISTERED IN MAY 2016 AND TWO RELATED TO SECTOR111, REGISTERED IN JUNE 2016. | 1,000.00 | 5,000.00 | | 5,000.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    5

Exhibit 8

| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON |
|---|---|
| Case Name: | SECTOR111, LLC |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 01/26/17 (c) |
| 341(a) Meeting Date: | 03/30/17 |
| Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| THE INTELLECTUAL PROPERTY WAS SOLD TO THE NORDEEN GROUP FOR $5,000.00 AS PART OF THE GLOBAL LITIGATION SETTLEMENT DESCRIBED IN ASSET NUMBER 22.  ORDER APPROVING SALE ENTERED OCTOBER 1, 2019.  TRUSTEE'S REPORT OF SALE FILED OCTOBER 2, 2019. | | | | | |
| 18. DEBTOR MAINTAINS CUSTOMER LISTS OF NAME, ADDRESS, ADDED BY INITIAL TRUSTEE: PHONE NUMBER AND EMAIL. DEBTOR DOES NOT STORE CREDIT CARD INFO. ATTACHED TO UCC-1: CLAIM AMOUNT IS $197,000 - VALUE OF PROPERTY IS $509,237.58 | Unknown | 0.00 | | 0.00 | FA |
| 19. FUNDS FROM WELLS FARGO BANK (u) | 0.00 | 20,946.79 | | 20,946.79 | FA |
| 20. REFUND CHECK FROM FORUM CAPITAL, LLC (u) | 0.00 | 1,844.60 | | 1,844.60 | FA |
| 21. REFUND FUNDS FROM CAPITAL PREMIUM FINANCING INC (u) | 0.00 | 2,972.11 | | 2,972.11 | FA |
| 22. LITIGATION CLAIMS - PRIOR TRUSTEE AND COUNSEL (u) SUCCESSOR TRUSTEE HAS POTENTIAL CAUSES OF ACTION AGAINST INITIAL TRUSTEE KARL ANDERSON FOR, AMONG OTHER CAUSES OF ACTION, BREACH OF FIDUCIARY DUTY, NEGLIGENCE AND FRAUD AND AGAINST HIS COUNSEL, TOM POLIS FOR PROFESSIONAL NEGLIGENCE.  DAMAGES SUFFERED DEPEND ON THE OUTCOME OF THE UNDERLYING LITIGATION AND THE FEES INCURRED BY SUCCESSOR | 0.00 | 67,500.00 | | 67,500.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Ver: 22.02d

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   6

Exhibit 8

| Case No: | 6:16-19532   WJ   Judge: WAYNE JOHNSON | | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | | | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | | | 341(a) Meeting Date: | 03/30/17 |
| | | | | Claims Bar Date: | 09/15/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TRUSTEE JASON RUND AND HIS COUNSEL, LAW OFFICES OF THOMAS H. CASEY, INC.  PLEASE REFER TO THE PROCEDURAL SUMMARY FOR THE FACTS WHICH GIVE RISE TO THE POTENTIAL CAUSES OF ACTION.  THE SUCCESSOR TRUSTEE IS REPORTING THE VALUE AS "UNKNOWN" DURING HIS INITIAL REPORTING PERIOD BECAUSE DAMAGES ARE NOT FULLY ASCERTAINED AND ONGOING.

ORDER APPROVING COMPROMISE ENTERED MAY 30, 2019 RE TENDER AGREEMENT

ORDER APPROVING COMPROMISE REGARDING BALANCE OF LITIGATION ENTERD OCTOBER 1, 2019. | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $509,237.58 | $98,263.50 | | $98,263.50 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLOSING SUMMARY:

Case Background:

This case was originally commenced under Chapter 11 on October 27, 2016 ("Petition Date"). On January 26, 2017, the Debtor filed a Motion to Convert Case from Chapter 11 to 7.  On February 14, 2017, the Court entered an Order granting the Debtor's Motion to Convert and the Chapter 11 case was converted to one under Chapter 7 ("Conversion Order").  On

FORM 1

Page:     7

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 6:16-19532   WJ   Judge: WAYNE JOHNSON | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/30/17 |
| | | Claims Bar Date: | 09/15/17 |

February 16, 2017, Karl T. Anderson filed a Notice of Appointment and Acceptance as Trustee ("Former Trustee"). On September 17, 2018, the Former Trustee filed his withdrawal/resignation from the case because of the pending litigation against him discussed below.

On September 18, 2018, Jason M. Rund ("Successor Trustee" or "Trustee") filed his Notice of Appointment and acceptance of Trustee.

The Debtor's business included, among other things, the manufacturing and distributing of specialty performance race cars known as Drakan Spyders for on track use.  The Debtor conducted its business from non-residential real property located at 26661 Pierce Circle, Murrieta, California ("Premises"), which it leased from Forum Capital, LLC ("Landlord").

Estate Administration:

In its bankruptcy schedules, the Debtor listed an interest in a Drakan Spyder ("Vehicle").  Prior to the Petition Date, Timothy C. Hoiles ("Mr. Hoiles") paid the Debtor the full purchase price for the Vehicle.  However, the Vehicle was not delivered to Mr. Hoiles.  On the date of the entry of the Conversion Order, the Vehicle was at the Premises but the condition of the Vehicle at this point in time was disputed.

On March 29, 2017, the Court entered an Order Granting the Former Trustee's Application to Employ Polis & Associates as his general counsel. Polis & Associates ("Attorney Polis"), on behalf of the Former Trustee, and the Landlord, executed a Stipulation for Relief from the Automatic Stay providing in pertinent part that the Former Trustee will store any personal property from the Premises at an offsite location. By Order entered April 10, 2017, the Bankruptcy Court approved part of the Stipulation for Relief from the Automatic Stay and granted relief from stay for the Landlord only as to the Premises.

In April and May of 2017, the Landlord forwarded emails to counsel to the Former Trustee requesting the removal of the personal property on site.  In April 2017, the Landlord moved the Vehicle to storage.  On or about May 30, 2017, the Landlord sold the Vehicle to InoKinetic Group, LLC ("Landlord Sale of Personal Property"). The Trustee does not believe that a written agreement for the Landlord Sale of Personal Property exists.  The Landlord forwarded to the Former Trustee a check dated June 7, 2017, in the amount of $1,844.60, which the Landlord maintains represents the proceeds from the Landlord's sale of the Debtor's personal property at the Premises.  The Former Trustee deposited the $1,844.60 check on June 22, 2017.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/30/17 |
| | | Claims Bar Date: | 09/15/17 |

In January 2018, the Former Trustee and Mr. Hoiles entered into a settlement agreement and release of claims, pursuant to which the Former Trustee was to make the Vehicle available for inspection by Mr. Hoiles and if, Mr. Hoiles was satisfied with his inspection, he was to pay the Bankruptcy Estate $15,000.00 for the Vehicle.  The Former Trustee's motion to approve the settlement agreement was approved by Bankruptcy Court Order entered March 26, 2018 ("Former Trustee's Settlement Order") [docket number 79].  After the March 26, 2018 entry of the Former Trustee's Settlement Order, the Former Trustee could not make the Vehicle available for inspection by Mr. Hoiles because of the Landlord Sale of Personal Property.

On June 18, 2018, Mr. Hoiles filed a Complaint against the Former Trustee, David Nordeen, Richard Nordeen, InoKinetic Group, LLC and Forum Capital, LLC for: 1) Breach of Contract; 2) Turnover; and 3) Conversion ("Complaint") [AP docket number 1] ("Hoiles Complaint"), Case No. 6:18-ap-01135-WJ ("Adversary Proceeding").  Except for the Former Trustee, the named Defendants are referred to as the "Nordeen Group."

By his Complaint, Mr. Hoiles alleged causes of action for breach of contract, turnover and conversion and requested a judgment for, among other things, the turnover of the Vehicle, an injunction, a judgment against the Nordeen Group plus punitive damages, and attorney fees.  The Former Trustee was a named Defendant only as to the first and second causes of action for Breach of Contract and Turnover.  On August 31, 2018, the Former Trustee filed an answer to the Complaint. The Nordeen Group filed an Answer and a Cross-Claim against the Former Trustee.  A factual dispute exists as to whether the Former Trustee agreed to make a fully operational Drakan Spyder available to Mr. Hoiles for inspection.

By Order entered December 4, 2018 [AP docket number 32], the Successor Trustee was substituted in place of the Former Trustee in the Adversary Proceeding.  On January 25, 2019, the Adversary Proceeding was assigned to mediation.  The parties attended mediation on March 29, 2019, at which time the parties verbally agreed to deliver the Vehicle to Mr. Hoiles and to preserve all of their rights, claims and defenses.  The second day of mediation, conducted with the same mediator on April 29 2019, produced an agreement to tender the Vehicle ("Tender Agreement") and resolved the remaining issues in the Adversary Proceeding. Order approving the Tender Agreement was entered May 30, 2019 [docket number 100]. Pursuant to the Court-approved Tender Agreement, the Vehicle was delivered to Mr. Hoiles.

Following mediation, the parties reached a global settlement and the Trustee received $72,500 representing the total amount of the settlement payments.  The Court entered an order approving the global settlement on October 1, 2019

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:          6:16-19532    WJ    Judge: WAYNE JOHNSON
Case Name:      SECTOR111, LLC

Trustee Name:                                    JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c):      01/26/17 (c)
341(a) Meeting Date:                      03/30/17
Claims Bar Date:                            09/15/17

[docket number 108].

The Former Trustee requested turnover of debtor-in-possession accounts.  Debtor opened debtor-in-possession bank accounts with Wells Fargo.  The amount turned over was $20,946.79.

The Former Trustee also recovered an unscheduled refund from Capital Premium Financing, Inc in the amount $2,972.11 and $1,844.60 from the Landlord Sale of Personal Property.

The integrity of the bankruptcy process was preserved by the effort of the Trustee and his counsel.

Claim Issues:

The Trustee reviewed all claims filed against the estate and was able to resolve any issues without the need to file formal objections.

Tax Issues:

Corporate tax returns for fiscal years ending December 31, 2017 through December 31, 2018 have been filed.  The administrative tax claim filed by the Franchise Tax Board is provided for in the Trustee's proposed distribution and will be paid at closing.  The taxing authorities do not accept prompt determination requests because the debtor was a limited liability company.  The Internal Revenue Service does not issue clearance letters for "pass through" entities.

Professionals:

The Trustee retained the Law Offices of Thomas H. Casey, Inc.as his general bankruptcy counsel.  The order approving employment was entered November 8, 2018, docket number 93.   The final fee application is docket number 118.

The Trustee also retained Donald T. Fife, CPA of Hahn Fife & Company, LLP as the estate's accountant to prepare the necessary tax returns.  The Order Authorizing Employment was entered November 8, 2018, docket number 94.  The final fee application is docket number 116.

The Former Trustee and his counsel released claims against the estate in the global settlement.

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   10

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 6:16-19532   WJ   Judge: WAYNE JOHNSON | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | | 341(a) Meeting Date: | 03/30/17 |
| | | | Claims Bar Date: | 09/15/17 |

Distribution to Creditors:

After full payment of the administrative claims, there are no funds available for general unsecured creditors. Trustee's counsel, Law Office of Thomas H. Casey, Inc. agreed to subordinate its fees to all other Chapter 7 administrative claims.  This result is not surprising as realistically even at the time of conversion the prospect of a meaningful distribution to creditors was doubtful given the remaining assets.  The extensive litigation against the Trustee compounded the situation when abandonment of the Vehicle would have been the more prudent course.

Trustee's Fee:

The Trustee submits that he effectively and efficiently administered this bankruptcy estate and therefore respectfully requests that pursuant to 11 U.S.C. §§ 326(a) and 330(a)(7) that a statutory fee/commission be allowed in the amount of $8,163.18.  The requested fee is calculated compensable receipts/disbursements of $98,263.50 as follows:

25% of the first $5,000 =    $1,250.00
10% of the next $45,000 =    $4,500.00
5% of the next $950,000 =    $2,413.18
Total Fee:  $8,163.18

Bank Service Fees:

Pursuant to General Order 11-02, the Former Trustee incurred and paid bank fees and charges directly related to the administration of the estate in the amount of $620.52.

Expenses:

The Trustee is requesting the nominal sum of $112.50 for photocopies, postage, parking and attorney service delivery fees.

Page:    11

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/30/17 |
| | | Claims Bar Date: | 09/15/17 |

**PROCEDURAL SUMMARY THROUGH DECEMBER 31, 2019:**

Trustee was appointed as successor trustee ("Trustee") on September 18, 2018 following the resignation of trustee Karl

Anderson.  Please refer to asset number 22 for a detailed description of the asset administered by the successor

trustee.  The relevant history of the case from the between trustee Anderson's resignation and the present time is as

follows:  On June 18, 2018 Plaintiff Timothy C. Hoiles filed a Complaint against Defendants Karl T. Anderson, Chapter 7

Trustee, David Nordeen, Richard Nordeen, Inokinetic Group, LLC, Forum Capital LLC for (1) Breach of Contract; (2)

Turnover; and (3) Conversion [Adversary Case Number 6:18-ap-01135-WJ].  On August 31, 2018 Chapter 7 Trustee Karl T.

Anderson filed his Answer to Plaintiff Timothy C. Hoiles' Complaint.  On August 3, 2018 Defendants David Nordeen,

Richard Nordeen, InoKinetic Group, LLC and Forum Capital LLC filed their Answer to the Complaint.  On August 3, 2018

Defendants Forum Capital LLC, InoKinetic Group, LLC, David Nordeen and Richard Nordeen filed a Cross-Claim for Breach of

Contract, Indemnification, Declaratory Relief, and Apportionment of Fault. In October of 2018, former Trustee Anderson

and his counsel Tom Polis stipulated to an extension of time for successor Trustee Jason Rund to file any and all

potential cross claims against them through to April 1, 2019.  By Order entered December 4, 2018 the Bankruptcy Court

approved the substitution of Successor Trustee Jason Rund in place of former Trustee Karl Anderson as a named Defendant

in this adversary proceeding.  The parties attended a mediation on March 29, 2019 and April 29, 2019 which resulted in

two settlements which were approved pursuant to orders entered May 30, 2019 and October 30, 2019.  The successor trustee

anticipates submitting his final report by February 28, 2020.


**PROCEDURAL SUMMARY THROUGH MARCH 31, 2019:**

Trustee was appointed as successor trustee ("Trustee") on September 18, 2018 following the resignation of trustee Karl

Anderson.  The relevant history of the case from the between trustee Anderson's resignation and the present time is as

follows:  On June 18, 2018 Plaintiff Timothy C. Hoiles filed a Complaint against Defendants Karl T. Anderson, Chapter 7

Trustee, David Nordeen, Richard Nordeen, Inokinetic Group, LLC, Forum Capital LLC for (1) Breach of Contract; (2)

Turnover; and (3) Conversion [Adversary Case Number 6:18-ap-01135-WJ].  On August 31, 2018 Chapter 7 Trustee Karl T.

Anderson filed his Answer to Plaintiff Timothy C. Hoiles' Complaint.  On August 3, 2018 Defendants David Nordeen,

Richard Nordeen, InoKinetic Group, LLC and Forum Capital LLC filed their Answer to the Complaint.  On August 3, 2018

Defendants Forum Capital LLC, InoKinetic Group, LLC, David Nordeen and Richard Nordeen filed a Cross-Claim for Breach of

Contract, Indemnification, Declaratory Relief, and Apportionment of Fault. In October of 2018, former Trustee Anderson

and his counsel Tom Polis stipulated to an extension of time for successor Trustee Jason Rund to file any and all

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   12

Exhibit 8

| | |
|---|---|
| Case No: | 6:16-19532   WJ   Judge: WAYNE JOHNSON |
| Case Name: | SECTOR111, LLC |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/26/17 (c) |
| 341(a) Meeting Date: | 03/30/17 |
| Claims Bar Date: | 09/15/17 |

potential cross claims against them through to April 1, 2019.  By Order entered December 4, 2018 the Bankruptcy Court approved the substitution of Successor Trustee Jason Rund in place of former Trustee Karl Anderson as a named Defendant in this adversary proceeding.  By Order entered February 19, 2019, the Bankruptcy Court extended the deadline to complete discovery to June 5, 2019 and the pre-trial conference was continued to June 27, 2019.  The parties attended a mediation on March 29, 2019.

A detailed time line is necessary to understand the sequence of events in this case. At the risk of over simplifying a complicated fact pattern, certain key facts are summarized as follows:

Plaintiff Hoiles paid to Debtor Sector111, LLC the full purchase price for a Drakan Spyder, a high performing sports car. Four months later Sector111, LLC filed a Chapter 11 petition. On February 14, 2017 the Chapter 11 case was converted to Chapter 7.  Defendants Inokinetics et al maintain the chassis was not operating on the conversion date. Trustee Anderson and landlord Forum entered into a stipulation for relief from stay ("Relief From Stay Stipulation"). By Order entered April 10, 2017, Judge Johnson granted relief from stay for landlord Forum as to the premises only. Significantly, all terms as to relief from stay as to personal property were stricken from the Order by Judge Johnson. On April 14, 2017, Landlord Forum moved the chassis from the Debtor's premises to storage.

While more information is needed the first date of a landlord notice to Tom Polis, trustee Anderon's counsel,  appears to be the same date the Landlord moved the chassis to storage, April 14, 2017. In other words, arguably Polis and Trustee Anderson were not given the opportunity to move the chassis before landlord Forum took it.  Later, in April and May of 2017, landlord Forum sent emails to Tom Polis to remove the personal property and a formal landlord Notice to Remove. Arguably, while more information is needed, it appears landlord Forum had already removed the chassis from the premises before these additional notices were given.

On May 30, 2017, Inokinetics contends that it purchased the chassis from Forum.  A written sale agreement does not exist. Per Steve Nelson the only sale document that exists is the check issued by Forum to Trustee Karl Anderson dated June 7, 2017 in the amount of $1,844.00.  Trustee Anderson deposited the $1,844.00 check on June 16, 2017.  The total sale price for all personal property on site was $3,000.  Inokinetics maintains the chassis was not operational at the time of the May 30, 2017 sale and is not operational now.

The sale by Forum to Inokinetics appears to have been a contrived, insider transaction. The insider of the Debtor Shinoo Mapleton works at Inokinetics.  Inokinetics maintains they contacted Hoiles on December 14, 2017, by leaving a voice

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   13

Exhibit 8

Case No:         6:16-19532    WJ   Judge: WAYNE JOHNSON

Case Name:      SECTOR111, LLC

Trustee Name:                          JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c):   01/26/17 (c)

341(a) Meeting Date:              03/30/17

Claims Bar Date:                     09/15/17

mail message with him.  In other words, Inokinetics maintains that Hoiles knew Trustee Anderson was not in possession of
the chassis in December of 2017 and before Hoiles entered into his agreement with Trustee Anderson.

In January of 2018, Trustee Anderson and Hoiles  entered into a settlement agreement and release of claims which was
approved by Order entered March 2, 2018. Per agreement Trustee Anderson must make the chassis available for inspection
and if Hoiles approves of the inspection Hoiles pays $15,000 to the estate.  Of course, Trustee Anderson could not
produce the chassis for inspection because the chassis was in the possession of Inokinetics. The agreement between
Trustee Anderson and Hoiles does not contain an attorney fee provision. The agreement does not state any representations
by Trustee Anderson as to the condition of the chassis/Drakan Spyder.

Hoiles maintains he believes he was purchasing an operating vehicle. A factual issue exists as to whether Hoiles should
have believed he was purchasing an operational vehicle. Hoiles maintains that during the Chapter 11 the principal of the
Debtor advised him the vehicle was operational. Trustee Anderson will testify he had photos from auctioneer Braun
showing a non-operational chassis and that is what he thought he was selling. The parties to the agreement, Trustee
Anderson and Hoiles, did not have a meeting of the minds as to what exactly was to be made available to Hoiles for
inspection: an operating Spyder or a non-operational chassis missing a power train and other parts.   Classic contract
law issues of mutual mistake, unilateral mistake, specific performance and expectation damages exist.

Hoiles and Inokinetics hired experts to test the oil in the Drakan Spyder to determine if it was driven and is or was
operable. The experts appear to disagree.

Trustee has potential causes of action against Trustee Anderson for, among other causes of action, breach of fiduciary
duty, negligence and fraud and against Tom Polis for professional negligence.  Damages suffered depend on the outcome of
the underlying litigation and the fees incurred by Successor Trustee Jason Rund and his counsel, Law Offices of Thomas
H. Casey, Inc.  Mediation ongoing.

The Trustee retained Law Office of Thomas H. Casey as his general counsel and the order authorizing employment was
entered November 8, 2018.  The Trustee also retained Hahn, Fife & Company as accountants and the order authorizing
employment was entered November 8, 2018.

January 09, 2020, 04:10 pm Receive and review bank statement and reconcile account

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON | |
| Case Name: | SECTOR111, LLC | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/26/17 (c) |
| 341(a) Meeting Date: | 03/30/17 |
| Claims Bar Date: | 09/15/17 |

December 04, 2019, 03:10 pm Receive and review bank statement and reconcile account.

November 11, 2019, 10:38 am Receive and review bank statement and reconcile account.

October 24, 2019, 10:19 am Receive and review 2018 tax returns.

October 07, 2019, 04:50 pm Receive and review bank statement and reconcile account.

October 03, 2019, 11:00 am Draft correspondence to D. Fife re preparation of final tax returns.

October 02, 2019, 11:14 am Draft Report of Sale.

October 02, 2019, 09:58 am Receive and review Order Approving Compromise of Controversy Regarding Agreement Pursuant to Procedure 9019 and Sale of Certain Intellectual Property per Agreement entered October 1, 2019.

September 04, 2019, 02:55 pm Receive and review bank statement and reconcile account.

August 09, 2019, 09:39 am Receive and review compromise and sale motion; draft related correspondence.

August 05, 2019, 10:30 am Receive and review bank statement and reconcile account.

July 08, 2019, 12:12 pm Receive and review bank statement and reconcile account.

June 07, 2019, 03:05 pm Receive and review bank statement and reconcile account.

May 31, 2019, 09:20 am Receive and review Order Approving Compromise of Controversy Regarding ender Agreement entered May 30, 2019

May 08, 2019, 08:02 pm Receive and review motion to approve tender agreement; drafr related correspondence.

May 07, 2019, 03:14 pm Receive and review bank statement and reconcile account.

April 29, 2019, 05:44 pm Attend mediation.

April 05, 2019, 01:49 pm Receive and review bank statement and reconcile account.

March 29, 2019, 05:20 pm Attend mediation.

March 05, 2019, 03:10 pm Receive and review bank statement and reconcile account.

February 05, 2019, 03:52 pm Receive and review bank statement and reconcile account.

January 08, 2019, 04:59 pm Receive and review bank statement and reconcile account.

December 13, 2018, 04:23 pm Receive and review bank statement and reconcile account.

November 09, 2018, 09:35 am Receive and review Order to Employ General Counsel entered November 8, 2018

November 09, 2018, 09:35 am Receive and review Order to Employ Hahn Fife & Company as Accountant entered November 8, 2018

November 07, 2018, 03:54 pm Receive and review bank statement and reconcile account.

October 15, 2018, 04:12 pm Receive and review application to employ counsel; draft related correspondence to T. Casey.

October 15, 2018, 11:27 am Receive and review stipulation with K. Anderson and T. Polis re: preservation of claims.

October 08, 2018, 10:33 am Receive and review 2017 estate tax returns.

October 01, 2018, 02:35 pm Receive and review accountant's employment application; draft related correspondence.

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    15

Exhibit 8

| | | |
|---|---|---|
| Case No: | 6:16-19532    WJ    Judge: WAYNE JOHNSON | |
| Case Name: | SECTOR111, LLC | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/26/17 (c) |
| 341(a) Meeting Date: | 03/30/17 |
| Claims Bar Date: | 09/15/17 |

September 28, 2018, 11:48 am  Draft correspondence to K. Anderson re most recently filed tax return and follow-up on turnover of estate records.

September 27, 2018, 04:44 pm  Draft correspondence to D. Fife re: October 15, 2018 tax fiing requirments.

6/6/17 Conclude 341(a) exam per Trustee's counsel

TRUSTEE ANDERSON NOTES:

09/17/18 - KARL T. ANDERSON RESIGNATION OF TRUSTEE

09/17/18 - STOP BANK FEES NOTIFICATION SENT TO BANK

08/22/18 - THIRD ORDER REGARDING STIPULATION BETWEEN DEFENDANT KARL T. ANDERSON AND PLAINTIFF TIMOTHY C. HOILES RE: EXTEND DEADLINE TO FILE KARL ANDERSON'S ANSWER AND/OR OTHER RESPONSIVE PLEADING TO COMPLAINT.

03/26/18 - ORDER RE: CHAPTER 7 TRUSTEE'S MOTION AUTHORIZING COMPROMISE AND SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE.

06/12/17 - E-FILED MEETING OF CREDITORS HELD & CONCLUDED.

06/12/17 - E-FILED NOTIFICATION OF ASSET CASE.

03/29/17 - ORDER APPROVING EMPLOYMENT OF THOMAS J POLIS [POLIS & ASSOCIATES, APLC] AS GENERAL COUNSEL.

02/17/17 - EFILED NOTICE OF APPOINTMENT OF TRUSTEE; ACCEPTANCE OF APPOINTMENT AS TRUSTEE.

01/26/17 - CASE CONVERTED FROM CHAPTER 11 TO CHAPTER 7.

*************************03/30/17 ANNUAL REPORT*******************************

STATUS:  THIS IS A CONVERTED CHAPTER 11 CASE.  DATE OF CONVERSION WAS JANUARY 26, 2017.  THE TRUSTEE RECOVERED APPROXIMATELY $21,000 FROM UNDISCLOSED BANK ACCOUNTS.  HE IS INVESTIGATING OTHER POTENTIAL ASSETS OF THE ESTATE.

TRUSTEE'S INITIAL ESTIMATED TFR DATE 12/30/18.

LITIGATION:  NONE AT THIS TIME

TAX ISSUES:  TO BE DETERMINED

INSURANCE:  N/A

Initial Projected Date of Final Report (TFR): 08/30/21          Current Projected Date of Final Report (TFR): 08/30/21

Page:    16

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 6:16-19532    WJ   Judge: WAYNE JOHNSON | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | Date Filed (f) or Converted (c): | 01/26/17 (c) |
| | | 341(a) Meeting Date: | 03/30/17 |
| | | Claims Bar Date: | 09/15/17 |

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 6:16-19532  -WJ | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | SECTOR111, LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7635  Checking Account |
| Taxpayer ID No: | *******5544 | | | |
| For Period Ending: | 03/31/21 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/17 | 19 | WELLS FARGO BANK, N.A. PO BOX 5131 SIOUX FALLS, SD  57117-5131 | FUNDS FROM ACCT 5397 | 1229-000 | 10,573.94 | | 10,573.94 |
| 02/27/17 | 19 | WELLS FARGO BANK N,.A. PO BOX 5131 SIOUX FALLS, SD  57117-5131 | FUNDS FROM ACCT 5405 | 1229-000 | 9,222.32 | | 19,796.26 |
| 02/27/17 | 19 | WELLS FARGO BANK N.A. PO BOX 5131 SIOUX FALLS, SD  57117-5131 | FUNDS FROM ACCT 5413 | 1229-000 | 1,150.53 | | 20,946.79 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.13 | 20,915.66 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.09 | 20,885.57 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.05 | 20,854.52 |
| 06/22/17 | 20 | FORUM CAPITAL LLC | REFUND CHECK ON LEASED PROPERTY | 1290-000 | 1,844.60 | | 22,699.12 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.71 | 22,668.41 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.71 | 22,634.70 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.65 | 22,601.05 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.52 | 22,568.53 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.55 | 22,534.98 |
| 12/07/17 | 21 | CAPITAL PREMIUM FINANCING INC 12235 SOUTH 800 EAST DRAPER, UT  84020 | REFUND ON INSURANCE POLICY | 1229-000 | 2,972.11 | | 25,507.09 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.42 | 25,474.67 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.87 | 25,437.80 |
| 01/29/18 | 010001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BLANKET BOND RENEWAL #016030866 GENERAL ORDER 00-01 01/04/18 TO 01/04/19 | 2300-000 | | 11.76 | 25,426.04 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.82 | 25,388.22 |

| | Page Subtotals | 25,763.50 | 375.28 |
|---|---|---|---|

Ver: 22.02d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 6:16-19532 -WJ | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | SECTOR111, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7635  Checking Account |
| Taxpayer ID No: | *******5544 | | |
| For Period Ending: | 03/31/21 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.09 | 25,354.13 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.69 | 25,316.44 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.42 | 25,280.02 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.58 | 25,242.44 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.32 | 25,206.12 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.48 | 25,168.64 |
| 08/14/18 | 010002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BLANKET BOND RENEWAL #016030866 GENERAL ORDER 00-01 01/04/18 TO 01/04/19 | 2300-000 | | 2.97 | 25,165.67 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.42 | 25,128.25 |
| 10/01/18 | 010003 | Bankruptcy estate of Sector111, LLC Jason M. Rund, Chapter 7 Trustee 840 Apollo Street, Suite 351 El Segundo, CA 90245 | Funds to successor trustee | 9999-000 | | 25,128.25 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| | | |
| Memo Allocation Net: | 0.00 | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 25,763.50 | 25,763.50 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 25,128.25 | |
| Subtotal | 25,763.50 | 635.25 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 25,763.50 | 635.25 | |

Page Subtotals          0.00          25,388.22

**FORM 2**

Page:    3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

| | |
|---|---|
| Case No: | 6:16-19532 -WJ |
| Case Name: | SECTOR111, LLC |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 03/31/21 |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0228  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/18 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 25,128.25 | | 25,128.25 |
| 01/30/19 | 002001 | International Sureties, LTD 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Payment- Bond Number 016030867 Issued pursuant to Local Bankruptcy Rule 2016-2(c) | 2300-000 | | 20.97 | 25,107.28 |
| 07/05/19 | | Inokinetic Group, LLC 43223 Business Park Drive Temecula, CA 92590 | Payment pursuant to comrpromise Order approving compromise and sale entered October 1, 2019. | | 13,750.00 | | 38,857.28 |
| | 17 | | Memo Amount:          5,000.00 Sale of intellectual property | 1129-000 | | | |
| | 22 | | Memo Amount:          8,750.00 Settlement of litigation | 1249-000 | | | |
| 07/31/19 | 22 | Karl T. Anderson 340 South Farrell Drive, Suite A210 Palm Springs, CA 92262 | Payment pursuant to compromise Order approving compromise and sale entered October 1, 2019. | 1249-000 | 58,750.00 | | 97,607.28 |
| 10/14/19 | 002002 | Timothy Hoiles c/o Caroline Djang Best Best & Krieger 18101 Von Karman Avenue, Suite 1000 Irvine, CA 92612 | Pursuant to Order Granting Successor Chapter 7 Trustee's Motion for Order Approving Compromise of Controversy entered October 1, 2019 | 7100-000 | | 30,000.00 | 67,607.28 |
| 01/22/20 | 002003 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond Payment- Bond Number 016030867 Issued pursuant to Local Bankruptcy Rule 2016-2(c) | 2300-000 | | 32.61 | 67,574.67 |
| 04/13/20 | 002004 | JASON M. RUND 840 APOLLO STREET, SUITE 351 EL SEGUNDO, CA  90245 | Chapter 7 Compensation/Fees | 2100-000 | | 8,163.18 | 59,411.49 |
| 04/13/20 | 002005 | JASON M. RUND 840 APOLLO STREET, SUITE 351 EL SEGUNDO, CA  90245 | Chapter 7 Expenses | 2200-000 | | 112.50 | 59,298.99 |

Page Subtotals          97,628.25          38,329.26

Ver: 22.02d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 6:16-19532 -WJ | | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SECTOR111, LLC | | Bank Name: | AXOS BANK |
| | | | Account Number / CD #: | *******0228  Checking Account |
| Taxpayer ID No: | *******5544 | | | |
| For Period Ending: | 03/31/21 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/13/20 | 002006 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento CA 95812-2952 | Claim 000014A, Payment 100.00000%<br>(14-1) 0073(14-2) 0073<br>(14-2) To<br>correct Type of Liability & acct number | 2690-730 | | 3,787.11 | 55,511.88 |
| 04/13/20 | 002007 | Office of the U.S. Trustee<br>3801 University Ave., Suite 720<br>Riverside, CA 92501 | Claim 000010A, Payment 100.00000%<br>UNPAID QUARTERLY FEES | 2950-000 | | 975.00 | 54,536.88 |
| 04/13/20 | 002008 | Law Offices of Thomas H. Casey, Inc.<br>Attention:  Thomas H. Casey, Esq.<br>22342 Avenida Empresa, Suite 245<br>Rancho Santa Margarita, CA 92688 | Attorney's Expenses | 3220-000 | | 3,206.07 | 51,330.81 |
| 04/13/20 | 002009 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Fees | 3410-000 | | 4,588.00 | 46,742.81 |
| 04/13/20 | 002010 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Expenses | 3420-000 | | 365.90 | 46,376.91 |
| 04/13/20 | 002011 | Law Offices of Thomas H. Casey, Inc.<br>Attention:  Thomas H. Casey, Esq.<br>22342 Avenida Empresa, Suite 245<br>Rancho Santa Margarita, CA 92688 | Attorney's Fees | 3210-000 | | 46,376.91 | 0.00 |

|  |  | Page Subtotals | 0.00 | 59,298.99 |
|---|---|---|---|---|

Ver: 22.02d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 34)*

Page: 5
Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 6:16-19532 -WJ |
|---|---|
| Case Name: | SECTOR111, LLC |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 03/31/21 |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0228  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 13,750.00 | COLUMN TOTALS | | 97,628.25 | 97,628.25 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 25,128.25 | 0.00 | |
| Memo Allocation Net: | 13,750.00 | Subtotal | | 72,500.00 | 97,628.25 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 72,500.00 | 97,628.25 | |

Page Subtotals            0.00              0.00

Ver: 22.02d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 35)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 6:16-19532 -WJ |
| Case Name: | SECTOR111, LLC |

| Taxpayer ID No: | *******5544 |
| For Period Ending: | 03/31/21 |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******2235  Checking Account (Non-Interest Earn |

| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/18 | | Karl T. Anderson, Trustee | Funds from prior trustee | 9999-000 | 25,128.25 | | 25,128.25 |
| | | 340 South Farrell Drive, Suite A210 | | | | | |
| | | Palm Springs, CA 92262 | | | | | |
| 10/11/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 25,128.25 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 25,128.25 | 25,128.25 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 25,128.25 | 25,128.25 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 13,750.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******7635 | 25,763.50 | 635.25 | 0.00 |
| | | Checking Account - ********0228 | 72,500.00 | 97,628.25 | 0.00 |
| Total Memo Allocation Net: | 13,750.00 | Checking Account (Non-Interest Earn - ********2235 | 0.00 | 0.00 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 98,263.50 | 98,263.50 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        25,128.25        25,128.25

Ver: 22.02d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 36)*